# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO HERNANDEZ,<br><br>  Petitioner,<br><br>  v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>  Respondent. | Case No. CV 11-0160 DDP (JCG)<br><br>**JUDGMENT** |

   IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _May 30, 2012_

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1